C$\int\wedge$
4-18-14

SM: USAO# 2014R00274

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUN 2 4 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * CRIMINAL NO. JKB-14-0313 |
| **BENJAMIN BECKETTE** | * (Conspiracy to Distribute and Possess |
| | * With Intent to Distribute 1 Kilogram or |
| **Defendant** | * More of Heroin, 21 U.S.C. § 846) |

*******

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

From on or around 2012 through on or around December 2013, in the District of Maryland, the defendant,

**BENJAMIN BECKETTE**

did knowingly and willfully combine, conspire, confederate and agree with others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with the intent to distribute one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

21 U.S.C. § 846

_Rod J. Rosenstein/ SM_
Rod J. Rosenstein
United States Attorney